IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME JUSTIN SPENCER | : | CIVIL ACTION |
| v. | : | |
| BLOOMINGDALE'S KING OF PRUSSIA, et al. | : | NO. 17-3775 |

ORDER

AND NOW, this 21st day of December, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of defendant Macy's, Inc. to dismiss the complaint in its entirety is GRANTED;

(2) the motion of defendant Bloomingdale's King of Prussia to dismiss Count III of the complaint, alleging violation of 42 U.S.C. § 1985(3), is GRANTED; and

(3) the motion of Bloomingdale's King of Prussia to dismiss the complaint is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.