IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEROME JUSTIN SPENCER : CIVIL ACTION
:
v. :
:
BLOOMINGDALE'S : NO. 17-3775

ORDER

AND NOW, this 15th day of November, 2018, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendant for summary judgment (Doc. # 27) is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
                                                J.